NS:KCB
F. #2020R00488

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CALIPH GLEAN,
    also known as "Flacko"
    and "Flako,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT</u>

(18 U.S.C. § 922(g)(1))

20 MJ 419

EASTERN DISTRICT OF NEW YORK, SS:

      RYAN DAMORA, being duly sworn, deposes and states that he is a Task Force Officer with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about May 10, 2020, within the Eastern District of New York and elsewhere, the defendant CALIPH GLEAN, also known as "Flacko" and "Flako," knowing that he had been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce ammunition, to wit: 9mm Luger caliber ammunition manufactured by Sig Sauer and Aguila Ammunition.

      (Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Detective with the New York City Police Department ("NYPD") and a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving gangs, violent crimes, and the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in substance and in part.

2. On May 10, 2020, at approximately 9:25 p.m., NYPD officers responded to reports of a shooting in the vicinity of 200 Winthrop Street in Brooklyn, New York. Law enforcement and medical units responded to the location and found Nickalus Thompson, who had died as a result of a fatal gunshot wound to his chest.

3. Following the discovery of Thompson's body, NYPD officers spoke with a witness ("Witness #1"), who stated, in substance and in part, that on the evening of May 10, 2020, Witness #1 had walked by 200 Winthrop Street and observed an unknown male wearing a hoodie sweatshirt – later, as described below, determined to be CALIPH GLEAN, also known as "Flacko" and "Flako" – approach Thompson. Witness #1 observed Thompson and GLEAN greet one another. Witness #1 walked past the two men and,

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

moments later, heard gunshots. Witness #1 turned around, saw one of the individuals shooting at the other individual, and ran to find cover.

4. NYPD officers spoke with a second witness ("Witness #2"), who stated, in substance and in part, that Witness #2 was down the block on Winthrop Street on the evening of May 10, 2020, when Witness #2 heard multiple gunshots. Witness #2 observed an unknown male wearing a hoodie sweatshirt with markings on it and a blue bandana around his face – later, as described below, determined to be GLEAN – running westbound on Winthrop Street toward Witness #2. Moments later, Witness #2 observed a "dirt bike" motorcycle (the "Dirt Bike") heading westbound on Winthrop Street stop in front of GLEAN, pick him up and leave the area.

5. NYPD officers canvassing the area obtained video footage from surveillance cameras situated in numerous locations, including 200 Winthrop Street, where the shooting occurred. In substance and in part, the video footage depicted the following events:

    a. At approximately 9:13 p.m. on May 10, 2020, a male exited a vehicle in or around 1990 Bedford Avenue, in Brooklyn, New York, and, shortly thereafter, entered a deli on Bedford Avenue (the "Deli"). The male – later, as described below, determined to be GLEAN – wore a blue hoodie sweatshirt with distinctive markings of white lines running down the arms and back of the sweatshirt (the "Sweatshirt"). He also wore a bright blue bandana covering his nose and mouth, with long strings hanging down the front of the Sweatshirt, bronze foamposite sneakers, a large gold ring on his left-hand ring finger and a circular

gold necklace. Finally, a distinctive large tattoo was visible on GLEAN's left hand.

b. After purchasing a beverage from the Deli, the male later determined to be GLEAN walked to the corner of Bedford Avenue and Winthrop Street, and turned right onto Winthrop Street. At approximately 9:23 p.m., Thompson walked to the doorway of 200 Winthrop Street and stood just outside the entrance of the building located there.

c. Shortly thereafter, the male later determined to be GLEAN passed the front of 200 Winthrop Street, where Thompson stood. At the corner, GLEAN turned around and walked back toward Thompson. GLEAN approached Thompson and briefly touched hands with Thompson. GLEAN backed up a few steps, pulled out a firearm, and shot at Thompson multiple times. At the time of the shooting, the distinctive markings of the Sweatshirt worn by GLEAN are visible in surveillance footage, as are the strings hanging down the front of the Sweatshirt and the bronze foamposite sneakers.

d. Immediately after the shooting, the male later identified as GLEAN fled westbound on Winthrop Street. In or around the same time, the Dirt Bike pulled up in the vicinity of the front of 200 Winthrop Street, the site of the shooting. After briefly pausing in front of the building, the Dirt Bike sped westbound along Winthrop Street. The Dirt Bike stopped in front of 75 Winthrop Street and picked up GLEAN.

  e. At approximately 9:33 p.m., in the vicinity of the corner of Kingston Avenue and Eastern Parkway, the male later determined to be GLEAN dismounted the Dirt Bike and walked to the entrance of 800 Eastern Parkway. GLEAN was still wearing the same distinctive Sweatshirt and bronze foamposite sneakers.

  6. Following the murder, law enforcement officers reviewed photographs from a Facebook account identified as belonging to GLEAN. I identified this Facebook account as GLEAN's account based, among other ways, on my review of the account's profile picture, other photographs posted on the account, and biographical information listed for the account. First, the profile picture for the account contains a photograph of one individual whom I recognize to be GLEAN.[2] I have reviewed additional photographs on the account which appear to show the same individual as seen in the profile picture and whose appearance also matches a known law enforcement photograph of GLEAN. Additionally, photographs of the individual on this Facebook account include multiple pictures showing distinctive tattoos, including a green tattoo of the earth or a globe on the account user's left arm. According to GLEAN's New York State Department of Corrections file, GLEAN has a "globe" tattooed on his left arm. Additionally, the date of birth listed for the account user matches GLEAN's date of birth according to NYPD records of prior arrests. Based on my review of the Facebook account, I further identified multiple photographs of GLEAN wearing the same distinctive Sweatshirt and blue bandana described above. For example, in

---

[2] I made this comparison by reviewing a known law enforcement photograph of GLEAN taken during a prior arrest and comparing it to the likeness of the individual seen in the profile picture. Based on my review, both photographs depict the same individual.

one photograph posted of GLEAN on or about March 28, 2020, GLEAN wore what appears to be the Sweatshirt and the blue bandana with strings hanging down the front of the Sweatshirt, and was seated on a dirt bike. In another, posted on April 25, 2020, GLEAN wore what appears to be the same bronze foamposite sneakers and large gold ring on his left-hand ring finger that are visible in surveillance footage described above from the Deli and at the time of Thompson's murder. In a third photograph, posted on October 24, 2019, what appears to be the same distinctive tattoo on GLEAN's left-hand is visible as in the surveillance footage from the Deli described above.

7. Based on my review of the surveillance video footage and social media photographs described above, including the distinctive clothing, jewelry and hand tattoo, and the shooter entering 800 Eastern Parkway, the building in which GLEAN's residence[3] is located, within ten minutes of the murder described above, there is probable cause to believe that the individual who shot and killed Thompson is GLEAN.

8. I have reviewed GLEAN's criminal history, which revealed a February 23, 2017 conviction in New York State for attempted murder, a felony in violation of N.Y. Penal Law § 125.25, for which GLEAN received a five-year custodial sentence. After serving approximately 51 months' incarceration, GLEAN was released to the New York State Division of Parole on October 22, 2019, with an address on record of 800 Eastern Parkway, Brooklyn, New York.

---

[3] Among other things, parole records indicate that on May 18, 2020, a parole officer conducted a home visit with GLEAN at an apartment located within 800 Eastern Parkway.

9.      NYPD officers observed and recovered several shell casings near Thompson's body.  The shell casings found were 9 mm Luger caliber ammunition.  Based on the video surveillance footage in front of 200 Winthrop Street, the shell casings appear to have been ejected by the gun fired by GLEAN.  The NYPD Police Laboratory has analyzed the shell casings recovered from the vicinity of 200 Winthrop Street on May 10, 2020, and determined that two of the shell casings came from ammunition manufactured by Sig Sauer, and three of the shell casings came from ammunition manufactured by Aguila Ammunition, and that they were each fired from the same firearm.

10.     I have conferred with an Interstate Nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, who has informed me, in substance and in part, that Sig Sauer and Aguila Ammunition 9 mm caliber ammunition are manufactured outside the state of New York.

11.     Because public filing of this document could result in a risk of flight by the defendant CALIPH GLEAN, who has not yet been apprehended, as well as jeopardize the government's investigation, your deponent respectfully requests that the complaint and arrest warrant be filed under seal.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant CALIPH GLEAN to that he may be dealt with according to law.

_____
RYAN DAMORA
Task Force Officer
Federal Bureau of Investigation

Sworn to before me by telephone this
6 day of June, 2020

_Steven M. Gold_
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK